NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH DIBELLO,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D16-1917
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____     )

Opinion filed February 28, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Amanda Peterson of Law Offices of
Peterson, P.A., Mulberry, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.